# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEL GROSS,<br><br>                    Plaintiff,<br><br>vs.<br><br>RAYTHEON COMPANY, TRACEY A. ATKINSON, ROBERT E. BEAUCHAMP, ADRIANE M. BROWN, STEPHEN J. HADLEY, THOMAS A. KENNEDY, LETITIA A. LONG, GEORGE R. OLIVER, DINESH C. PALIWAL, ELLEN M. PAWLIKOWSKI, WILLIAM R. SPIVEY, MARTA R. STEWART, JAMES A. WINNEFELD, JR., ROBERT O. WORK, UNITED TECHNOLOGIES CORPORATION, LIGHT MERGER SUB CORP., CITIGROUP GLOBAL MARKETS INC., and RBC CAPITAL MARKETS, LLC,<br><br>                    Defendants. | Civil Action No: 19-cv-01353-RGA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 8, 2019

1

2

**O'KELLY ERNST & JOYCE, LLC**

*/s/ Ryan M. Ernst*_____
Ryan M. Ernst (#4788)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Phone (302) 778-4000
Facsimile: (302) 295-2873
Email: rernst@oelegal.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff*